

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-24-00505-CV

**IN RE** Todd A. **FOERSTER**

Original Proceeding[1]

PER CURIAM

Sitting:      Luz Elena D. Chapa, Justice
Beth Watkins, Justice
Lori I. Valenzuela, Justice

Delivered and Filed: December 11, 2024

PETITION FOR WRIT OF MANDAMUS DENIED

On July 26, 2024, relator filed a petition for a writ of mandamus. This court has determined the relator is not entitled to the relief sought. Therefore, the petition for a writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8.

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2019-CI-15201, styled *Diana Kiernan v. Todd A. Foerster*, in the 131st Judicial District Court, Bexar County, Texas, the Honorable Laura Salinas presiding.